UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 11-11885

KEITH NOLAND, ET.AL,
    Plaintiff(s),

-v-

ALLSTATE INDEMNITY CO.,
    Defendant(s).
_____/

ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on September 28, 2011.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

This Court having issued an Order to Show Cause for lack of federal jurisdiction and the Defendant having filed a response, therefore;

IT IS ORDERED that the Court's Order to Show Cause for lack of federal jurisdiction be and the same is hereby SET ASIDE.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: September 28, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2011, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager